The Hon. J. Richard Creatura
Trial Date: Jan. 14, 2013

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CORY BARCUS, a single man,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC. a foreign corporation,<br><br>    Defendant. | NO. 3:11-CV-5857 BHS<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF |

This matter comes before the Court on plaintiff's motion for leave to withdraw as counsel for plaintiff Cory Barcus; the Court having reviewed plaintiff's uncontested motion and finding good cause shown

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED and the withdrawal of David A. Bufalini as counsel for plaintiff is effective February 28, 2012.

The clerk is directed to mail a copy of this order to plaintiff at the last known address of 1801 South Woodland Glen Drive #B, Tacoma, WA 98444.

Dated this 28th day of February, 2012.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF - 1