1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

CORY BARCUS, a single man,

        Plaintiff,

    vs.

HOME DEPOT U.S.A., INC.  a foreign
corporation,
        Defendant.

NO. 3:11-CV-5857 BHS

ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW AS
COUNSEL OF RECORD FOR
PLAINTIFF

This matter comes before the Court on plaintiff's motion for leave to withdraw

as counsel for plaintiff Cory Barcus; the Court having reviewed plaintiff's uncontested

motion and finding good cause shown

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED and the

withdrawal of David A. Bufalini as counsel for plaintiff is effective February 28, 2012.

The clerk is directed to mail a copy of this order to plaintiff at the last known

address of 1801 South Woodland Glen Drive #B, Tacoma, WA 98444.

Dated this 28th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge